CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CRIMINAL DOCKET FOR CASE #: 2:23-cr-00065-EAS-1

Case title: USA v. Lee                                   Date Filed: 03/21/2023

Date Terminated: 10/11/2023

Assigned to: Judge Edmund A. Sargus

**Defendant (1)**

**Fred T Lee**                                           represented by  **Stephen Dwight Dehnart**
*TERMINATED: 10/11/2023*                                 520-B S State Street
                                                         Suite 169
                                                         Westerville, OH 43081
                                                         614-425-1088
                                                         Fax: 614-425-1088
                                                         Email: dehnartlaw3@gmail.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

**Pending Counts**                                       **Disposition**

FRAUD BY WIRE, RADIO, OR TELEVISION                      One day imprisonment (TIME SERVED). One year
(1)                                                      supervised release. $100 special assessment. Restitution
                                                         Ordered.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

USA                                                      represented by  **Brenda S Shoemaker**
                                                         United States Attorney's Office - 2
                                                         303 Marconi Boulevard
                                                         2nd Floor
                                                         Columbus, OH 43215
                                                         614-469-5715
                                                         Email: brenda.shoemaker@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2023 | 1 | INFORMATION as to Fred T. Lee (1) count 1. (cmw) (Entered: 03/23/2023) |
| 03/21/2023 | 2 | PLEA AGREEMENT as to Fred T. Lee. (cmw) (Entered: 03/23/2023) |
| 03/23/2023 | 4 | NOTICE OF HEARING as to Fred T Lee<br><br>Arraignment on Information set for 4/10/2023 at 10:00 AM in Courtroom 311 - Columbus before Judge Edmund A. Sargus. (cmw) (Entered: 03/23/2023) |
| 03/23/2023 | 5 | NOTICE OF HEARING as to Fred T Lee<br><br>Bond Conference set for 4/10/2023 @ 9:30 AM in Chambers before Magistrate Judge Kimberly A. Jolson. (jr) (Entered: 03/23/2023) |
| 04/10/2023 | 7 | Minute Entry for proceedings held before Judge Edmund A. Sargus:Arraignment on Information as to Fred T. Lee (1) on 4/10/2023. Defendant entered a guilty plea to count 1 of the Information. Waiver of Indictment signed. PSI Ordered. (Court Reporter: Chrystal Hatchett) (cmw) (Entered: 04/10/2023) |
| 04/10/2023 | 8 | WAIVER OF INDICTMENT by Fred T Lee (cmw) (Entered: 04/10/2023) |
| 04/10/2023 |  | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson:Bond Conference as to Fred T Lee held on 4/10/2023 (jr) (Entered: 04/10/2023) |
| 04/10/2023 | 10 | ORDER Setting Conditions of Release as to Fred T Lee (1) OR bond. Signed by Magistrate Judge Kimberly A. Jolson on 4/10/23. (jr) (Entered: 04/10/2023) |
| 06/30/2023 | 13 | NOTICE OF HEARING as to Fred T. Lee:<br><br>Sentencing set for 8/22/2023 at 01:30 PM in Courtroom 311 - Columbus before Judge Edmund A. Sargus. (cmw) (Entered: 06/30/2023) |
| 08/16/2023 | 14 | SENTENCING MEMORANDUM by Fred T Lee (Dehnart, Stephen) (Entered: 08/16/2023) |
| 08/17/2023 | 15 | SENTENCING MEMORANDUM by USA as to Fred T Lee (Shoemaker, Brenda) (Entered: 08/17/2023) |
| 08/18/2023 | 17 | NOTICE OF HEARING as to Fred T Lee<br><br>Sentencing set for 8/22/2023 at 11:30 AM in Courtroom 311 - Columbus before Judge Edmund A. Sargus. (cmw) (Entered: 08/18/2023) |
| 08/22/2023 | 18 | NOTICE OF HEARING as to Fred T Lee<br><br>Sentencing RESET for 10/5/2023 at 10:00 AM in Courtroom 311 - Columbus before Judge Edmund A. Sargus. (cmw) (Entered: 08/22/2023) |
| 10/05/2023 | 19 | Minute Entry for proceedings held before Judge Edmund A. Sargus:Sentencing held on 10/5/2023 for Fred T Lee (1). One day imprisonment (TIME SERVED).One year supervised release. $100 special assessment. Restitution Ordered. (Court Reporter: Chrystal Hatchett) (cmw) (Entered: 10/05/2023) |
| 10/11/2023 | 20 | JUDGMENT as to Fred T Lee (1): Count s 1 One day imprisonment (TIME SERVED). One year supervised release. $100 special assessment. Restitution Ordered. Signed by Judge Edmund A. Sargus on 10/11/2023. (cmw) (Entered: 10/11/2023) |